# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MORTEZA S. HOSSEINIPOUR,

            Petitioner,       :    Case No. 2:15-cv-2934

   - vs -                           District Judge James L. Graham
                                       Magistrate Judge Michael R. Merz

JEFF NOBLE, Warden,
  Richland Correctional Institution

                                       :

           Respondent.

# TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby TRANSFERRED from the Honorable Elizabeth Preston Deaver to the Honorable Michael R. Merz.

January 30, 2019.

                                                                s/ *Michael R. Merz*
                                                            United States Magistrate Judge